525  DUBOIS vs. CIRCUIT JUDGE (Calhoun), No. 16231½.

To compel the allowance of an amendment, in the date of the return of a sheriff in an attachment suit, in a case where the sheriff returned that he executed the writ in the afternoon of Nov. 30, and it is insisted that he did not execute it until December 1, and in the meantime certain chattle mortgages had been filed.

The affidavits upon the motion before the circuit judge were conflicting, the sheriff insisting that his return is correct.

526  COLLINS vs. CIRCUIT JUDGE (Muskegon), No. 12694½.

To compel amendment of officer's return to a writ of replevin.

Order to show cause denied April 5, 1892.

The return showed personal service by delivery of a certified copy of the writ to defendant, together with a copy of the inventory and appraisement.

Defendant filed an affidavit admitting the service upon him of papers, having this indorsement: "Of inventory and writ of attachment, a true copy, to which I do hereby certify. Wm. H. Smith, under-sheriff."

Relator contended that the paper served was not a certified copy within the statute; that the character of the paper should appear in the certificate; that the certificate should set forth the comparison, and that the certificate should be that of the clerk of the court out of which the writ issued.